# United States Court of Appeals

## For the First Circuit

No. 10-1036

CECELIA FRUSHER,
on behalf of Richard Frusher (deceased),

Plaintiff, Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on September 2, 2010, is amended as follows:

On Page 9, Line 6, "make" should be corrected to read "made".